CENTER FOR HUMAN RIGHTS AND CONSTITUTIONAL LAW
Peter A. Schey, Cal. Bar No. 58232
Carlos R. Holguin, Cal. Bar No. 90754
Cynthia Lucas, Cal. Bar No. 247335
256 S. Occidental Blvd.
Los Angeles, Ca. 90057
Telephone: (213) 388-8693 exts. 104, 109, 116
Facsimile: (213) 386-9484

ASIAN PACIFIC ISLANDER LEGAL OUTREACH
Victor M. Hwang, Cal. Bar No. 162467
Ivy C. Lee, Cal. Bar No. 202375
1188 Franklin Street, Suite 202
San Francisco, CA 94109
Telephone: (415) 567-6255 exts. 24, 34
Facsimile: (415) 567-6248

*Attorneys for Plaintiffs* (additional counsel listed next page)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CATHOLIC CHARITIES CYO (SAN FRANCISCO); ET AL., <br><br> Plaintiffs, <br> -vs- <br><br> MICHAEL CHERTOFF, Secretary, U.S. Department of Homeland Security; ET AL., <br><br> Defendants. | Case No. C 07-1307 <br><br> STIPULATION AND [~~PROPOSED~~] ORDER RE: ONE WEEK EXTENSION TO FILE OPPOSITION TO MOTION TO DISMISS, REPLY TO OPPOSITION TO MOTION TO DISMISS, AND OF HEARING ON MOTION TO DISMISS |

*Plaintiffs' counsel, continued*

SANCTUARY FOR FAMILIES
Julie E. Dinnerstein, N.Y. Bar No. 2779510
Sanctuary for Families
Brooklyn Family Justice Center
350 Jay Street, 15th Floor
Brooklyn, NY 11201
Telephone: (718) 250-5103
Facsimile: (718) 624-4240

CENTRAL AMERICAN RESOURCE CENTER
Daniel Sharp, Cal. Bar No. 237473
2845 West 7th Street
Los Angeles, CA 90005
Telephone: (213) 385-7800
Facsimile: (213) 385-1094

PUBLIC LAW CENTER
Kenneth W. Babcock, Cal. Bar No. 100183
Kirsten M. Kreymann, Cal. Bar No. 236630
601 Civic Center Drive West
Santa Ana, CA 92701
Telephone: (714) 541-1010
Fax: (714) 541-5157

James Parry Eyster, Mich. Bar No. P37894
3475 Plymouth Road
Ann Arbor, MI 48105
Telephone: (734) 827-7929
Facsimile: (734) 827-7925

BUSTAMANTE AND ASSOCIATES, PLC
Andres Bustamante, Cal. Bar No. 147025
634 S. Spring St., Suite 910
Los Angeles, CA 90014
Telephone: (213) 891-9009
Facsimile: (213) 627-1655

Stipulation and [Proposed] Order Re: One Week Extension of briefing and hearing on defendants' Motion to Dismiss

Center for Human Rights & Constitutional Law
256 S. Occidental Blvd.
Los Angeles, CA 90057
213/388-8693

- 2 -

STIPULATION AND [PROPOSED] ORDER

The parties, by and through their undersigned counsel, stipulate that all dates be advanced by one week such that Plaintiffs will file and serve via email and overnight delivery an Opposition to Defendants' Motion to Dismiss on or before July 18, 2007, defendants will file and serve via email and overnight delivery a Reply to Plaintiffs' Opposition to Motion to Dismiss on or before July 25, 2007, and the hearing on Defendants' Motion to Dismiss shall be held on August 8, 2007, at 9 AM in Courtroom 3, 17th Floor.

Dated: July 11, 2007.

Respectfully Submitted,

_____/s/_____
Peter A. Schey
Attorney for Plaintiffs

_____/s/_____
Ila C. Deiss
Assistant U.S. Attorney
Civil Division
United States Department of Justice
Attorney for Defendants

It is so ORDERED.

DATED ___July 12___, 2007

Phyllis J. Hamilton
United States District Judge

*IT IS SO ORDERED — Judge Phyllis J. Hamilton* (seal: United States District Court, Northern District of California)

Stipulation and [Proposed] Order Re: One Week Extension of briefing and hearing on defendants' Motion to Dismiss

- 3 -

Center for Human Rights & Constitutional Law
256 S. Occidental Blvd.
Los Angeles, CA 90057
213/388-8693

PROOF OF SERVICE BY OVERNIGHT DELIVERY AND EMAIL

I declare and say as follows:

1. I am over the age of eighteen years and am not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 256 S. Occidental Blvd., Los Angeles, California, 90057, in said county and state.

2. On July 11, 2007, I caused to be served a true and correct copy of the foregoing on defendants by email addressed to Ila Casy Deiss  ila.deiss@usdoj.gov, Tiffani Chiu tiffani.chiu@usdoj.gov  Victor M. Lawrence   victor.lawrence@usdoj.gov  Jeffrey S. Robins jeffrey.robins@usdoj.gov and  first class mail, postage prepaid, addressed to:

> Victor Lawrence
> Office of Immigrtaion Litigation
> Department of Justice
> Suite 7025S, National Place
> 1331 Pennsylvania Avenue, N.W.
> Washington, D.C. 20004

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 11th day of July, 2007, at Los Angeles, California.

_____/s/_____
Peter Schey

/ / /

Stipulation and [Proposed] Order Re: One Week Extension of briefing and hearing on defendants' Motion to Dismiss

Center for Human Rights & Constitutional Law
256 S. Occidental Blvd.
Los Angeles, CA 90057
213/388-8693

- 4 -