1  SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
2  JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
3  Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6     Telephone: (415) 436-7124
   FAX: (415) 436-7169
7
VICTOR M. LAWRENCE, DC Bar: 449052
8  Senior Litigation Counsel
Office of Immigration Litigation
9  U.S. Department of Justice, Civil Division
JEFFREY S. ROBINS, NY SBN 4355244
10 Trial Attorney
Office of Immigration Litigation
11 U.S. Department of Justice, Civil Division

12    P.O. Box 878, Ben Franklin Station
   Washington, DC 20044
13    (202) 616-1246
   FAX: (202) 233-0397
14
Attorneys for Defendants
15

16                   UNITED STATES DISTRICT COURT

17                  NORTHERN DISTRICT OF CALIFORNIA

18                     SAN FRANCISCO DIVISION

19 CATHOLIC CHARITIES CYO    )
(SAN FRANCISCO), et al.,   )
20                          )  No. C 07-1307 PJH
        Plaintiffs,   )
21                          )  STIPULATION AND [P~~ROPOSED~~] ORDER
        v.             )  RE: ONE ADDITIONAL WEEK
22                          )  EXTENSION TO FILE REPLY TO
                                   )  OPPOSITION TO MOTION TO DISMISS
MICHAEL CHERTOFF, Secretary, )  AND OF HEARING ON MOTION
23 U.S. Department of Homeland )  TO DISMISS
Security, et al.,           )
24                          )  Hearing Date: August 8, 2007
        Defendants.    )  Time: 9:00 a.m.
25 _____)  Courtroom: 3, 17th Floor

26

27

28 Stipulation and [Proposed] Order Re: Additional One Week Extension of briefing and hearing on Defendants' Motion to Dismiss, Case No. C 07-1307 PJH

| | |
|---|---|
| 1 | STIPULATION AND [~~PROPOSED~~] ORDER |

2   The parties, by and through their undersigned counsel, stipulate that all dates be advanced by
3   one additional week such that Defendants will file and serve via email and overnight delivery a
4   Reply to Plaintiffs' Opposition to Motion to Dismiss on or before August 1, 2007, and the hearing on
5   Defendants' Motion to Dismiss shall be held on August 15, 2007, at 9 a.m. in Courtroom 3, 17th
6   Floor.

8   Dated: July 24, 2007.

10                                                                  Respectfully Submitted,

11                                                                  _____/s/_____
                                                                    Jeffrey S. Robins
12                                                                  Trial Attorney
                                                                    United States Department of Justice
13                                                                  Office of Immigration Litigaiton
                                                                    Attorney for Defendants

15                                                                  _____/s/_____
                                                                    Peter A. Schey
                                                                    Attorney for Plaintiffs

17   It is so ORDERED.

18   DATED _ July 25 _____ , 2007

IT IS SO ORDERED

Judge Phyllis J. Hamilton

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

28   Stipulation and [Proposed] Order Re: Additional One Week Extension of briefing and hearing on Defendants' Motion to Dismiss, Case No. C 07-1307 PJH