CENTER FOR HUMAN RIGHTS AND CONSTITUTIONAL LAW
Peter A. Schey, Cal. Bar No. 58232
Carlos R. Holguin, Cal. Bar No. 90754
Nora A. Preciado, Cal. Bar No. 239235
Angela Viramontes, Cal. Bar No. 228228
256 S. Occidental Blvd.
Los Angeles, Ca. 90057
Telephone: (213) 388-8693 exts. 104, 109, 116
Facsimile: (213) 386-9484

ASIAN PACIFIC ISLANDER LEGAL OUTREACH
Victor M. Hwang, Cal. Bar No. 162467
Ivy C. Lee, Cal. Bar No. 202375
1188 Franklin Street, Suite 202
San Francisco, CA 94109
Telephone: (415) 567-6255 exts. 24, 34
Facsimile: (415) 567-6248

*Attorneys for Plaintiffs* (additional counsel listed next page)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CATHOLIC CHARITIES CYO (SAN FRANCISCO), *et al.*,<br><br>　　Plaintiffs,<br><br>　　v.<br><br>MICHAEL CHERTOFF, Secretary, U.S. Department of Homeland Security; *et al.*,<br><br>　　Defendants. | Case No. C 07-01307-PJH<br><br>STIPULATION TO DISMISS PLAINTIFF HERMANDAD MEXICANA NACIONAL [FED. R. CIV. PROC. 21]; P~~ROPOSED~~ ORDER THEREON. |

| | |
|---|---|
| 1 | *Plaintiffs' counsel, continued* |
| 2 | |
| 3 | SANCTUARY FOR FAMILIES<br>Julie E. Dinnerstein, N.Y. Bar No. 2779510<br>Sanctuary for Families |
| 4 | Brooklyn Family Justice Center<br>350 Jay Street, 15th Floor |
| 8 | Brooklyn, NY 11201<br>Telephone: (718) 250-5103 |
| 9 | Facsimile: (718) 624-4240 |
| 10 | CENTRAL AMERICAN RESOURCE CENTER |
| 11 | Daniel Sharp, Cal. Bar No. 237473<br>2845 West 7th Street |
| 12 | Los Angeles, CA 90005<br>Telephone: (213) 385-7800 |
| 13 | Facsimile: (213) 385-1094 |
| 14 | PUBLIC LAW CENTER |
| 15 | Kenneth W. Babcock, Cal. Bar No. 100183<br>Kirsten M. Kreymann, Cal. Bar No. 236630 |
| 16 | 601 Civic Center Drive West<br>Santa Ana, CA 92701 |
| 17 | Telephone: (714) 541-1010<br>Fax: (714) 541-5157 |
| 18 | |
| 19 | James Parry Eyster, Mich. Bar No. P37894<br>3475 Plymouth Road |
| 20 | Ann Arbor, MI 48105<br>Telephone: (734) 827-7929 |
| 21 | Facsimile: (734) 827-7925 |
| 22 | BUSTAMANTE AND ASSOCIATES, PLC<br>Andrés Bustamante, Cal. Bar No. 147025 |
| 23 | 634 S. Spring St., Suite 910<br>Los Angeles, CA 90014 |
| 24 | Telephone: (213) 891-9009<br>Facsimile: (213) 627-1655 |
| 25 | |
| 26 | / / / |
| 27 | |
| 28 | |

1  IT IS HEREBY STIPULATED by and between the parties through their undersigned
2  counsel that pursuant to Rule 21, Fed.R.Civ.Proc. plaintiff HERMANDAD MEXICANA
3  NACIONAL (HMN) is hereby dismissed from this action with prejudice as named in the
4  Complaint.

Respectfully submitted,

_____s/_____
Peter A. Schey
Attorney for Plantiffs

_____s/[Per e-mail confirmation]\_\_\_\_
Jeffrey S. Robins
Trial Attorney
Office of Immigration Litigation
United States Deprtment of Justice, Civl Division
Attorney for Defendants

IT IS SO ORDERED.

DATED  September 18 , 2007

Phyllis J. Hamilton
United States District Judge

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*
(UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA seal)

|  |  |
|---|---|
| 1 | Certificate of Service |
| 2 | I, Peter Schey, declare and say as follows: |
| 3 | 1. I am over the age of eighteen years and am not a party to this action. I am |
| 4 | employed in the County of Los Angeles, State of California. My business address is 256 S. |
| 8 | Occidental Blvd., Los Angeles, California, 90057, in said county and state. |

1. I, Peter Schey, declare and say as follows:

1. I am over the age of eighteen years and am not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 256 S. Occidental Blvd., Los Angeles, California, 90057, in said county and state.

2. On September 14, 2007, I caused to be served a true and correct copy of the foregoing on defendants by email addressed to Ila Casy Deiss  ila.deiss@usdoj.gov, Tiffani Chiu  tiffani.chiu@usdoj.gov  Victor M. Lawrence   victor.lawrence@usdoj.gov  Jeffrey S. Robins  jeffrey.robins@usdoj.gov and by first class mail, postage prepaid to:

>Victor Lawrence
>Office of Immigration Litigation
>Department of Justice
>Suite 7025S, National Place
>1331 Pennsylvania Avenue, N.W.
>Washington, D.C. 20004

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 14th day of  September 2007, in Los Angeles, California.


_____s/_____
Peter Schey

/ / /

CASE NO. C 07-01307-PJH                    - 3 -                    CENTER FOR HUMAN RIGHTS
256 S. Occidental Blvd LA 90057