CENTER FOR HUMAN RIGHTS AND CONSTITUTIONAL LAW
Peter A. Schey, Cal. Bar No. 58232
Carlos R. Holguin, Cal. Bar No. 90754
Angela Viramontes, Cal. Bar No. 228228
256 S. Occidental Blvd.
Los Angeles, Ca. 90057
Telephone: (213) 388-8693 exts. 104, 109, 116
Facsimile: (213) 386-9484

ASIAN PACIFIC ISLANDER LEGAL OUTREACH
Victor M. Hwang, Cal. Bar No. 162467
Ivy C. Lee, Cal. Bar No. 202375
1188 Franklin Street, Suite 202
San Francisco, CA 94109
Telephone: (415) 567-6255 exts. 24, 34
Facsimile: (415) 567-6248

*Attorneys for Plaintiffs* (additional counsel listed next page)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CATHOLIC CHARITIES CYO (SAN FRANCISCO), *et al.*, <br><br> Plaintiffs, <br><br> MICHAEL CHERTOFF, Secretary, U.S. Department of Homeland Security; *et al.*, <br><br> Defendants. | Case No. C 07-01307-PJH <br><br> STIPULATION TO EXTEND DATE FOR OPPOSITION TO DEFENDANTS' MOTION TO DISMISS AND RELATED FILINGS AND HEARING |

*Plaintiffs' counsel, continued*

SANCTUARY FOR FAMILIES
Julie E. Dinnerstein, N.Y. Bar No. 2779510
Sanctuary for Families
Brooklyn Family Justice Center
350 Jay Street, 15th Floor
Brooklyn, NY 11201
Telephone: (718) 250-5103
Facsimile: (718) 624-4240

CENTRAL AMERICAN RESOURCE CENTER
Daniel Sharp, Cal. Bar No. 237473
2845 West 7th Street
Los Angeles, CA 90005
Telephone: (213) 385-7800
Facsimile: (213) 385-1094

PUBLIC LAW CENTER
Kenneth W. Babcock, Cal. Bar No. 100183
Kirsten M. Kreymann, Cal. Bar No. 236630
601 Civic Center Drive West
Santa Ana, CA 92701
Telephone: (714) 541-1010
Fax: (714) 541-5157

James Parry Eyster, Mich. Bar No. P37894
3475 Plymouth Road
Ann Arbor, MI 48105
Telephone: (734) 827-7929
Facsimile: (734) 827-7925

BUSTAMANTE AND ASSOCIATES, PLC
Andrés Bustamante, Cal. Bar No. 147025
634 S. Spring St., Suite 910
Los Angeles, CA 90014
Telephone: (213) 891-9009
Facsimile: (213) 627-1655

/ / /

STIPULATION AND [PROPOSED] ORDER RE:
EXTENSION FOR OPPOSITION
TO MOTION TO DISMISS CASE NO. C 07-01307-PJH     ii

CENTER FOR HUMAN RIGHTS
256 S. Occidental Blvd LA 90057

IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel that:

1. Pursuant to L.R. 6-2, Plaintiff's Opposition to Defendants' Motion to Dismiss filed on March 31, 2008 in this action shall be filed on or before April 30, 2008.

2. Defendant's Reply Brief shall be filed on or before May 21, 2008.

3. The hearing date on the Motion to Dismiss shall be set for June 4, 2008, or as soon thereafter as may be scheduled by the Court.

Defendants do not oppose the Plaintiffs request for a 14-day extention to file its Opposition to the Motion to Dismiss, however it is their preference that the briefing schedule remain the same, and the hearing proceed on May 7, 2008, as currently scheduled.

Plaintiffs note that following communication between counsel, Plaintiffs did not oppose Defendants obtaining a 10-day extension of time to file an answer or motion to dismiss, and seek this extension due to a combination of lead counsel's illness during the previous week and numerous additional professional responsibilities in major impact cases involving low-income clients.

Dated: April 16, 2008

Respectfully submitted,

/s/ Peter Schey

Peter A. Schey
Attorney for Plantiffs


_____-s-_____
Jeffrey S. Robins, Trial Attorney
Office of Immigration Litigation
U. S. Department of Justice, Civil Division
Attorney for Defendants

IT IS SO ORDERED.

DATED __April 18_____, 2008

_____
Phyllis J. Hamilton
United States District Judge

[SEAL: IT IS SO ORDERED / Judge Phyllis J. Hamilton / Northern District of California]

# Certificate of Service

I, Peter Schey, declare and say as follows:

1. I am over the age of eighteen years and am not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 256 S. Occidental Blvd., Los Angeles, California, 90057, in said county and state.

2. On April 16, 2008, I caused to be served a true and correct copy of the foregoing on defendants by email addressed to Ila Casy Deiss  ila.deiss@usdoj.gov, Victor M. Lawrence victor.lawrence@usdoj.gov  Jeffrey S. Robins  jeffrey.robins@usdoj.gov and by first class mail, postage prepaid to:

> Victor Lawrence
> Office of Immigration Litigation
> Department of Justice
> Suite 7025S, National Place
> 1331 Pennsylvania Avenue, N.W.
> Washington, D.C. 20004

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 16th day of April 2008, in Los Angeles, California.

_____s/_____
Peter Schey

/ / /