UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CATHOLIC CHARITIES CYO, et al.,

    Plaintiffs,

    v.

JANET NAPOLITANO, Secretary, U.S. Department of Homeland Security, et al.,

    Defendants.
_____/

No. C 07-1307 PJH

**ORDER OF DISMISSAL**

    Plaintiffs filed the above entitled action on March 6, 2007.  On December 22, 2008, the court granted defendants' motion to dismiss, with leave to amend as to certain claims. The deadline for filing the amended complaint was February 2, 2009 (mistakenly stated in the order as February 2, 2008).  Plaintiffs did not amend the complaint.  On February 11, 2009, plaintiffs filed a notice of appeal.  On August 5, 2009, plaintiffs filed a notice of intent not to file an amended complaint and a request for entry of a final order of dismissal.

    The request is GRANTED.  The action is hereby DISMISSED.

**IT IS SO ORDERED.**

Dated: August 6, 2009

_____
PHYLLIS J. HAMILTON
United States District Judge